# MEMORANDUM DECISIONS.

AMMON, Respondent, v. KELLER et al., Appellants. (City Court of New York, General Term. July 15, 1897.) Action by Robert A. Ammon against Sam Keller and John Doe. Kronfeld & Harris, for appellants. W. J. Woods, for respondent.

McCARTHY, J. This is an appeal from an order denying a motion to vacate an order of arrest on the papers. We think that all the jurisdictional elements are here, and sufficient, and that the order should be affirmed, with costs.

AVERELL, Respondent, v. BARBER et al., Appellants. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by William W. Averell against Amsi L. Barber and others. W. W. Niles, for appellants. E. Hassett, for respondent.

PER CURIAM. The order should be modified by inserting in the proper place in the proceedings before the referee of March 16, 1895, the following questions and answers: "Q. Were they laid under either of the original patents? A. No, sir. Q. Were they laid under either of the reissued patents? A. No, sir." And by inserting in the case in the proceedings had on the 5th of December, 1895, the following: "Q. Were they laid under either of the reissued patents? A. No, sir. By Mr. Hassett: Q. Do you wish to make any change in your answer to that question? A. I do. I wish to strike out the answer, 'No, sir,' and to say that they were laid under one of the reissued patents." The order, as thus modified, should be affirmed, without costs to either party.

BADGER, Plaintiff, v. GILROY, Defendant. (City Court of New York, General Term. July 2, 1897.) Action by Walter S. Badger against Thomas F. Gilroy, Jr. James C. Bushby and R. L. Wensley, for defendant.

SCHUCHMAN, J. The order directing plaintiff to furnish a bill of particulars is modified by striking therefrom, near the end thereof, the following: "And the manner in which said alleged payments were made,—whether by check or otherwise;" otherwise affirmed, without costs on this appeal.

BALZ, Appellant, v. UNDERHILL et al., Respondents. (Supreme Court, Appellate Division, First Department. April, 1897.) Action by Mary J. Balz, as executrix, etc., of Philip L. Balz, deceased, against Edward C. Underhill and others, as executors, etc., of Abraham Underhill, deceased. No opinion. Judgment affirmed, with costs. See 44 N. Y. Supp. 419.

BARJADO v. MAYOR OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by

E. Barjado against the mayor of the city of New York. No opinion. Motion denied, with $10 costs.

BENSTEIN, Respondent, v. CROW et al., Appellants. (City Court of New York, General Term. July 15, 1897.) Action by Morris Benstein against Moses R. Crow and the New York & Westchester Water Company, impleaded, etc. Franklin Bien, for appellants. Wahle & Stone, for respondent.

McCARTHY, J. The jury found against the defendants upon all the questions of fact, and there was evidence sufficient to base their finding. The trial justice fairly presented the case, and we find no reversible error in the case. Therefore the judgment is affirmed, with costs.

BURKITT v. WEBSTER. (Supreme Court, Appellate Division, Second Department. July 13, 1897.) Action by one Burkitt against one Webster. No opinion. Judgment and order affirmed, with costs.

BURKITT, Respondent, v. WEBSTER et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 15, 1897.) Action by John Burkitt against Charles B. Webster and others. No opinion. Judgment and order affirmed, with costs.

BURLEIGH, Respondent, v. VILLAGE OF PERRY, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by Fannie Burleigh against the village of Perry. No opinion. Judgment and order affirmed, with costs.

BURTON v. LINN. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Edward V. Burton against Frank E. Linn. No opinion. Motion granted, with $10 costs.

CADIGAN, Plaintiff, v. NEW YORK CENT. & H. R. R. CO., Defendant. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by Jeremiah M. Cadigan against the New York Central & Hudson River Railroad Company. No opinion. Plaintiff's exceptions overruled, and motion for a new trial denied, with costs. See 43 N. Y. Supp. 1152.

CANNIFF v. NASSAU ELECTRIC R. CO. (Supreme Court, Appellate Division, Second Department. July 13, 1897.) Action by one Canniff against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

CANNIFF, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 15,

1897.) Action by Stephen L. Canniff against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

CARR v. NASSAU ELECTRIC R. CO. (Supreme Court, Appellate Division, Second Department. July 13, 1897.) Action by one Carr against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

CARR, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 15, 1897.) Action by James Carr against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

CHAMBERLAIN, Respondent, v. GLEASON, et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by Seraph M. Chamberlain against Ella V. Gleason and another, impleaded, etc. No opinion. Judgment affirmed, with costs.

---

CHICAGO DAILY NEWS, Respondent, v. ROTHSCHILDS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by the Chicago Daily News against Bernard Rothschilds and others. No opinion. Judgment and order affirmed, with costs.

---

CLARKSON et al., Appellants, v. WESTERN INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897). Action by Edward R. C. Clarkson and others against the Western Insurance Company. No opinion. Order affirmed, without costs to either party. See 37 N. Y. Supp. 53.

---

COLER v. LAMB. (Supreme Court, Appellate Division. First Department. May 7, 1897.) Action by William Coler against Hugh Lamb. No opinion. Motion denied, on condition that the appellant serves on the attorney for the respondent, within three days after the entry of this order, three copies of the papers on appeal, certified as required by the rules of practice. See 46 N. Y. Supp. 117.

---

COSTELLO, Respondent, v. WATERS, Appellant. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Annie M. Costello against Sarah A. Waters. E. P. Schell, for appellant. E. R. Root, for respondent. No opinion. Order modified by striking out the first and third particulars and the last six words of the fifth particular, and as thus modified affirmed, without costs.

---

CROSS, Appellant v. CURNAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by Alfred Cross against Francis Curnan and another. No opinion. Judgment affirmed, with costs.

---

DAVIS, Appellant, v. FROHMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. July 2, 1897.) Action by Kate Davis against Charles Frohman and others. W. P. Burr, for appellant. W. M. Rosebault, for respondents.

PER CURIAM. An examination of the testimony in this case shows that the findings of the referee were fully justified by the evidence. We have examined all the rulings to which exceptions were taken, and find no error in any of them. The judgment must be affirmed, with costs.

---

DEARBORN, Respondent, v. CITY OF JAMESTOWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897). Action by Margaret L. Dearborn against the city of Jamestown. No opinion. Judgment affirmed, with costs.

---

In re DOLMAGE. (Supreme Court, Appellate Division, First Department. June 18, 1897.) In the matter of Isabella Dolmage, deceased. No opinion. Motion granted, with $10 costs.

---

DONOVAN, Respondent, v. HINE, Appellant. (Supreme Court, Appellate Division, Second Department. July 7, 1897.) William F. Donovan against Carrie E. Hine. No opinion. Order reversed, with $10 costs and disbursements, to abide the event. The averment that the defendant has no knowledge or information sufficient to form a belief is equivalent to a denial of such knowledge or information under section 500 of the Code. It may be false, but it is not frivolous.

---

DRYER, Respondent, v. ROCHESTER PRINTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897). Action by Charles A. Dryer against the Rochester Printing Company. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except FOLLETT, J., not voting.

---

DYKE, Respondent, v. NATIONAL TRANSIT CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Electa Dyke against the National Transit Company and others. No opinion. Reargument ordered, and case certified to the Third appellate division, to be there heard and determined. Order settled and filed with the clerk of this court.

---

EISLER et al., Appellants, v. EIGHTH AVE. R. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. July 2, 1897.) Action by Marie Eisler against the Eighth Avenue Railroad Company and others. The mayor, etc., appeal. Wheeler H. Peckham and Robert Earl, for appellant Marie Eisler. William L. Turner, for appellants mayor, etc. James C. Carter, Elihu Root, and John M. Scribner, for respondents.

PER CURIAM. For the reasons stated in the opinion of Potter v. Collis (decided herewith) 46 N. Y. Supp. 471, the order appealed from is affirmed, with $10 costs and disbursements.